# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                            Crim. No. 2:05-M-94-2

STEPHEN G. SMITH

     On October 16, 2006, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                   Respectfully submitted,

_____                                _____
Rick Marshburn                                                C. Lee Meeks, Jr.
Supervising U.S. Probation Officer                U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of September, 2007.

_____
Terrence W. Boyle
U.S. District Judge